**PAUL NGUYEN**
9353 Bolsa Ave #F8
Westminster, CA 92683
Telephone: (657) 254-7579
Email: p2011nguyen@gmail.com

*Secured Creditor*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In Re:

TERI NGUYEN;

                       Debtor.

Case No.: 22-50853 (MEH)

Hon. M. Elaine Hammond

Chapter 13

**DECLARATION OF PAUL NGUYEN IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF HEARING ON MOTION TO DISMISS CHAPTER 13 CASE AND MOTION FOR RELIEF FROM AUTOMATIC STAY.**

I, Paul Nguyen, declare as follows:

1.      I am the Movant and familiar with the subject loan in favor of Movant described herein.

2.      Movant holds the original Promissory Note dated 07/28/2011, in the principal amount of $215,000.00, which is secured by the Deed of Trust from Nguyen-Ha Living Trust Dated 12/10/2004 ("Nguyen-Ha Living Trust" or "Borrowers") signed by Teri H. Nguyen ("Teri" or "Debtor") and Vinh D. Nguyen a/k/a Vince D. Nguyen ("Vinh" or "Vince"), as Trustees and recorded in Santa Clara County Recorder on 08/25/2011 as instrument number 21291910.

3.      Nguyen-Ha Living Trust sold the property known as 12329 Kosich Place, Saratoga, CA 95070 ("Property") to Empire Investments LLC ("Empire") on or about September 2011.  True and correct copy of Grant Deed is attached herein as **Exhibit "1"**.

4.      Empire filed its Preliminary Change of Ownership with County of Santa Clara, disclosing a purchase price of approximately $1M.  True and correct copy of Change of Ownership is attached herein as **Exhibit "2"**.

5.      On July 24, 2022, Empire filed for Chapter 11 bankruptcy protection in Northern District of California Bankruptcy.  This case is known as In Re. Empire Investments LLC, Case No. 22-50645 and was assigned to Hon. Stephen L. Johnson.  True and correct copy of ECF Docket is attached as **Exhibit "3"**.

6.      The filing of Empire's bankruptcy prevented the state case initiated by Debtor to proceed to judgment and stop the foreclosure sale scheduled for 08/10/2022.

7.      On 04/7/2021, Empire and Nguyen-Ha Living Trust (Teri now Debtor and Vinh acting as Trustees) filed a lawsuit in Santa Clara Superior Court against this Movant in Santa Clara Superior Court.  The case is known as *Empire Investments LLC et.al. v Paul Kim Phong Nguyen et.al.*, Case No. 21CV379828.

8.      The state Court granted Movant's demurrer without leave to amend to second amended complaint of Empire and Nguyen-Ha Living Trust in January 2022.

9.      Empire and Nguyen-Ha Living Trust filed a relief from demurrer in state court which was denied in May 2022.

10.     Empire and Nguyen-Ha Living Trust filed a new case in Santa Clara Superior Court.  This case is known as *Empire Investments LLC et.al. v Paul Kim Phong Nguyen et.al.*, Case No. 22CV398824.

11.     The Bankruptcy Court (Hon. Johnson) granted Movant's Motion for Relief from Automatic Stay on 09/06/2022.  Case No. 22-50645, Docket ECF Doc. 65.

12.     On 09/22/2022, The Bankruptcy Court (Hon. Johnson) held an oral ruling hearing.

13.     The Court found that Empire's bankruptcy filing was done in bad faith and dismissed Empire's Chapter 11 bankruptcy for cause.

14.     The Bankruptcy Court (Hon. Johnson) made the following findings:

*Empire and Nguyen-Ha Living Trust filed two state court lawsuits against Paul with almost identical causes of actions. The litigation involved multiple parties on both sides. The true plaintiffs in these cases were not Empire but is Debtor Teri Nguyen.  Empire's bankruptcy filing was "frankly about obtaining a tactical advantage in state court litigation with Paul."  In addition, Empire and Nguyen-Ha Living Trust misrepresented the nature of automatic stay in the state court and used it as a litigation injunction to obtain an advantage while they continued to litigate against Paul in two state court matters.  Essentially, Empire and Nguyen-Ha Living Trust "convert the automatic stay from a shield to a sword for the sole purpose of frustrating a single creditor, Paul." These are evidence of bad faith.*

*The Court further found that Empire's bankruptcy "has no bankruptcy purpose, despite Empire attempted to have manufactured one."  Debtor and Empire's theory behind their bankruptcy purpose "borders on senseless."  These theories "makes no sense" given Empire and Debtor's prior sworn statements in state court that contradicted their theories.*

15.     Following the oral rulings, the Bankruptcy Court (Hon. Johnson) issued an order dismissing Empire's Bankruptcy for cause.  Case No. 22-50645, Docket ECF Doc. 84.

16.     Despite such finding facts and ruling by the Bankruptcy Court, Debtor, as an individual, filed her new skeleton Chapter 13 bankruptcy filing 30 minutes later.

17.     Although Debtor has sold the subject Property to Empire in 2011, she represented in her petition and schedule that she has interest in the subject Property and automatic stay is effective against the subject Property and pending litigations in state court.

*//*

18.     Movant's non-judicial foreclosure has been halted since March 2021 because of litigations in state court and Empire's bankruptcy.

19.     Debtor continues with its abuse of bankruptcy protection by using "*the automatic stay from a shield to a sword for the sole purpose of frustrating a single creditor, Paul*" (Hon. Johnson)

20.     The latest round of Bankruptcy filing by this Debtor is just a continuation of Empire's bankruptcy filing which has been found by Hon. Johnson *"has no bankruptcy purpose, despite Empire attempted to have manufactured one."*

21.     As such, shortening time for hearing of Movant's Motion to Dismiss and Motion for Relief from Automatic Stay would not have any impact on the scheduling or proceeding of this Chapter 13.

22.     Debtor has filed this bankruptcy in pro per and is represented by counsels in state cases.   Her counsels in state cases has indicated that there should not be any direct communication with their client.  Because of the overlapping legal representations between state litigations and bankruptcy, it would not be practicable for Movant to contact Debtor relating to this ex parte application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of September, 2022, at Westminster, California.



_____
By: PAUL NGUYEN

# Grant Deed
# 09/09/2011

# EXHIBIT 1

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO
AND MAIL TAX STATEMENTS TO

Name: Empire Investments, LLC
Adddress: 1231 S. Winchester Bl
#245
San Jose, CA 95128

CONFORMED COPY: This document has
not been compared with the original.
SANTA CLARA COUNTY CLERK-RECORDER

Doc#: 21313415
9/13/2011      4:22 PM

# GRANT DEED

TITLE ORDER NO.         ESCROW NO.         APN NO. 386-23-072

THE UNDERSIGNED GRANTOR(s) DECLARE(s)
DOCUMENTARY TRANSFER TAX is $_____ CITY TAX $ _____
- ☐ computed on full value of property conveyed, or computed on full value less value of liens or encumbrances remaining at time of sale,
- ☐ Unincorporated area: ☑ City of Saratoga _____ ,and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

VINH D. NGUYEN and TERI H. NGUYEN, as Trustees of Nguyen-Ha Living Trust Dated December 10, 2004

hereby GRANT(s) to  EMPIRE INVESTMENTS, LLC, a Wyoming Limited Liability Company

the following described real property in the County of  Santa Clara,       State of California

SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A"

Dated    August 26, 2011 _____

_____
VINH D. NGUYEN, Trustee

_____
TERI H. NGUYEN, Trustee

STATE OF CALIFORNIA             }
COUNTY OF Santa Clara          }

ON August 26, 2011 _____ before me, Gardenia Gunzalez _____
Notary Public, personally appeared Vinh D Nguyen and Teri H Nguyen _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

Witness my hand and official seal.

Signature _____          (Seal)

GARDENIA GONZALEZ
COMM. #1849161
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires May 14, 2013

# EXHIBIT "A- KOSICH PLACE"

## LEGAL DESCRIPTION

All that certain Real Property in the City of Saratoga, County of Santa Clara, State of California, described as follows:

All of Lot 10, a shown on that certain Map of Tract No. 8917, which Map was filed for record in the Office of the Recorder of the County of Santa Clara, State of California on June 10, 1997, in Book 688 of Maps, Page(s) 31, 32 and 33.

Excepting therefrom the underground water rights, without the right of surface entry as granted to San Jose Water Company by Quitclaim Deed recorded August 25, 1999 as Instrument No. 14955253 Official Records of Santa Clara County.

# Preliminary Change of Ownership Report

# EXHIBIT 2

# PRELIMINARY CHANGE OF OWNERSHIP REPORT

FOR RECORDER'S USE ONLY

[To be completed by transferee (buyer) prior to transfer of subject property in accordance with section 480.3 of the Revenue and Taxation Code.] A Preliminary Change of Ownership Report must be filed with each conveyance in the County Recorder's office for the county where the property is located; this particular form may be used in all 58 counties of California.

**THIS REPORT IS NOT A PUBLIC DOCUMENT**

SELLER/TRANSFEROR: *Nguyen-Ha Living Trust dated 12/10/04*
BUYER/TRANSFEREE: *Empire Investments, LLC*
ASSESSOR'S PARCEL NUMBER(S) *386-23-072*
PROPERTY ADDRESS OR LOCATION: *12329 Kosich Pl. Saratoga CA 95070*
MAIL TAX INFORMATION TO: Name *Empire Investments, LLC*
Address *1231 S Winchester Bl. #245 San Jose 95128*

NOTICE: A lien for property taxes applies to your property on January 1 of each year for the taxes owing in the following fiscal year, July 1 through June 30. One-half of these taxes is due November 1, and one-half is due February 1. The first installment becomes delinquent on December 10, and the second installment becomes delinquent on April 10. One tax bill is mailed before November 1 to the owner of record. If this transfer occurs after January 1 and on or before December 31, you may be responsible for the second installment of taxes due February 1.

The property which you acquired may be subject to a supplemental assessment in an amount to be determined by the _____ Assessor. For further information on your supplemental roll obligation, please call the _____ Assessor at _____ .

## PART I: TRANSFER INFORMATION (please answer all questions)

| YES | NO | |
|-----|-----|---|
| ☐ | ☑ | A. Is this transfer solely between husband and wife (addition of a spouse, death of a spouse, divorce settlement, etc.)? |
| ☐ | ☑ | B. Is this transaction only a correction of the name(s) of the person(s) holding title to the property (for example, a name change upon marriage)? |
| ☐ | ☑ | C. Is this document recorded to create, terminate, or reconvey a lender's interest in the property? |
| ☐ | ☑ | D. Is this transaction recorded only as a requirement for financing purposes or to create, terminate, or reconvey a security interest (e.g., cosigner)? |
| ☐ | ☑ | E. Is this document recorded to substitute a trustee under a deed of trust, mortgage, or other similar document? |
| ☐ | ☑ | F. Did this transfer result in the creation of a joint tenancy in which the seller (transferor) remains as one of the joint tenants? |
| ☐ | ☑ | G. Does this transfer return property to the person who created the joint tenancy (original transferor)? |
| | | H. Is this transfer of property: |
| ☐ | ☑ | 1. to a trust for the benefit of the grantor, or grantor's spouse? |
| ☐ | ☑ | 2. to a trust revocable by the transferor? |
| ☐ | ☑ | 3. to a trust from which the property reverts to the grantor within 12 years? |
| ☐ | ☑ | I. If this property is subject to a lease, is the remaining lease term 35 years or more including written options? |
| ☑ | ☐ | *J. Is this a transfer between ___ parent(s) and child(ren)? ☐ or from grandparent(s) to grandchild(ren)? |
| ☐ | ☑ | *K. Is this transaction to replace a principal residence by a person 55 years of age or older? Within the same county? ☐ Yes ☐ No |
| ☐ | ☑ | *L. Is this transaction to replace a principal residence by a person who is severely disabled as defined by Revenue and Taxation Code section 69.5? Within the same county? ☐ Yes ☐ No |

*If you checked yes to J, K or L, you may qualify for a property tax reassessment exclusion, which may result in lower taxes on your property. If you do not file a claim, your property will be reassessed.

Please provide any other information that will help the Assessor to understand the nature of the transfer.

*If you have answered "yes" to any of the above questions except J, K or L, please sign and date; otherwise, complete balance of the form.*

## PART II: OTHER TRANSFER INFORMATION

A. Date of transfer if other than recording date *Aug 26, 2011*
B. Type of transfer (please check appropriate box):
☐ Purchase ☐ Foreclosure ☐ Gift ☐ Trade or Exchange ☐ Merger, Stock, or Partnership Acquisition
☑ Contract of Sale – Date of Contract *Aug 26, 2011*
☐ Inheritance – Date of Death _____ ☐ Other (please explain): _____
☐ Creation of Lease ☐ Assignment of a Lease ☐ Termination of a Lease ☐ Sale/Leaseback
☐ Date lease began _____
☐ Original term in years (including written options) _____
☐ Remaining term in years (including written options) _____
C. Was only a partial interest in the property transferred? ☐ Yes ☑ No
If yes, indicate the percentage transferred _____ %.

Case: 22-50853   Doc# 18   Filed: 09/26/22   Entered: 09/26/22 14:25:20   Page 9 of 22

*Please answer, to the best of your knowledge, all applicable questions, then sign and date. If a question does not apply, indicate with "N/A."*

## PART III: PURCHASE PRICE AND TERMS OF SALE

A. CASH DOWN PAYMENT OR value of trade or exchange (excluding closing costs)      Amount $ 100,000

B. FIRST DEED OF TRUST @ _____ % interest for _____ years. Pymts./Mo. = $ _____ (Prin. & Int. only)    Amount $ 509,000

- ☐ FHA ( _____ Discount Points)
- ☐ Conventional
- ☐ VA ( _____ Discount Points)
- ☐ Cal-Vet
- ☐ Fixed rate
- ☐ Variable rate
- ☐ All inclusive D.T. ($ _____ Wrapped)
- ☐ Loan carried by seller
- ☐ New loan
- ☐ Assumed existing loan balance
- ☐ Bank or savings & loan
- ☐ Finance company

Balloon payment ☐ Yes    ☐ No    Due Date _____    Amount $ _____

C. SECOND DEED OF TRUST @ _____ % interest for _____ years. Pymts./Mo. = $ _____ (Prin. & Int. only)    Amount $ 75,000

- ☐ Bank or savings & loan
- ☐ Loan carried by seller
- ☐ Fixed rate
- ☐ Variable rate
- ☐ New loan
- ☐ Assumed existing loan balance

Balloon payment ☐ Yes    ☐ No    Due Date _____    Amount $ _____

D. OTHER FINANCING: Is other financing involved not covered in (b) or (c) above?   ☐ Yes   ☐ No    Amount $ 215,000

Type _____ @ _____ % interest for _____ years. Pymts./Mo. = $ _____ (Prin. & Int. only)

- ☐ Bank or savings & loan
- ☐ Loan carried by seller
- ☐ Fixed rate
- ☐ Variable rate
- ☐ New loan
- ☐ Assumed existing loan balance

Balloon payment ☐ Yes    ☐ No    Due Date _____    Amount $ _____

E. WAS AN IMPROVEMENT BOND ASSUMED BY THE BUYER? ☐ Yes ☐ No    Outstanding Balance: Amount $ _____

F. TOTAL PURCHASE PRICE *(or acquisition price, if traded or exchanged, include real estate commission if paid)*

                         **TOTAL ITEMS A THROUGH E**    $ _____

G. PROPERTY PURCHASED   ☐ Through a broker   ☑ Direct from seller   ☐ From a family member   ☐ Other *(please explain)*: _____

If purchased through a broker, provide broker's name and phone number: _____

Please explain any special terms, seller concessions, or financing and any other information that would help the Assessor understand the purchase price and terms of sale: _____

## PART IV: PROPERTY INFORMATION

A. TYPE OF PROPERTY TRANSFERRED:

- ☑ Single-family residence
- ☐ Multiple-family residence (no. of units: _____ )
- ☐ Commercial/Industrial
- ☐ Other (Description: _____
- ☐ Agricultural
- ☐ Co-op/Own-your-own
- ☐ Condominium
- ☐ Timeshare
- ☐ Manufactured home
- ☐ Unimproved lot

B. IS THIS PROPERTY INTENDED AS YOUR PRINCIPAL RESIDENCE? ☐ Yes ☑ No

If yes, enter date of occupancy _____ / _____ , 20 ____ or intended occupancy _____ / _____ , 20 ____
                         *(month)*    *(day)*    *(year)*                    *(month)*    *(day)*    *(year)*

C. IS PERSONAL PROPERTY INCLUDED IN PURCHASE PRICE (i.e., furniture, farm equipment, machinery, etc.)
(other than a manufactured home subject to local property tax)? ☐ Yes ☐ No
If yes, enter the value of the personal property included in the purchase price $ _____ *(Attach itemized list of personal property.)*

D. IS A MANUFACTURED HOME INCLUDED IN PURCHASE PRICE? ☐ Yes ☑ No
If yes, how much of the purchase price is allocated to the manufactured home? $ _____
Is the manufactured home subject to local property tax? ☐ Yes ☐ No    What is the decal number? _____

E. DOES THE PROPERTY PRODUCE INCOME? ☑ Yes ☐ No   If yes, is the income from:
☑ Lease/Rent   ☐ Contract   ☐ Mineral rights   ☐ Other *(please explain)*: _____

F. WHAT WAS THE CONDITION OF THE PROPERTY AT THE TIME OF SALE?
☐ Good   ☐ Average   ☐ Fair   ☑ Poor
Please explain the physical condition of the property and provide any other information (such as restrictions, etc.) that would assist the Assessor in determining the value of the property: _____

## CERTIFICATION

*I certify that the foregoing is true, correct and complete to the best of my knowledge and belief.*

SIGNATURE OF NEW OWNER/CORPORATE OFFICER      *Jnguyln*      DATE   09/09/11

PRINTED NAME OF NEW OWNER/CORPORATE OFFICER      DAYTIME PHONE NUMBER   (408) 828-8078

**(NOTE: The Assessor may contact you for additional information.)**

If a document evidencing a change of ownership is presented to the recorder for recordation without the concurrent filing of a preliminary change of ownership report, the recorder may charge an additional recording fee of twenty dollars ($20).

# Docket
# In Re. Empire Investments LLC, Case No. 22-50645

# EXHIBIT 3

**FilingFeeDue, DISMISSED, PlnDue, DsclsDue, APPEAL**

# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Jose)
## Bankruptcy Petition #: 22-50645

*Date filed:* 07/24/2022
*Debtor dismissed:* 09/22/2022
*341 meeting:* 08/31/2022

*Assigned to:* Judge Stephen L. Johnson
Chapter 11
Voluntary
Asset

---

**Debtor**
**Empire Investments, LLC**
1314 Lincoln Ave., Ste 2E
San Jose, CA 95125
SANTA CLARA-CA
Tax ID / EIN: 37-1640659
**dba Empire Investments Team, LLC**

represented by **Vinod Nichani**
Nichani Law Firm
111 N Market St. #300
San Jose, CA 95113
(408) 800-6174
Email: vinod@nichanilawfirm.com

**Trustee**
**Not Assigned - SJ**

**U.S. Trustee**
**Office of the U.S. Trustee / SJ**
United States Department of Justice
Office of the United States Trustee
280 South First St., Suite 268
San Jose, CA 95113
(408) 535-5525

represented by **Trevor Ross Fehr**
Office of the U.S. Trustee
450 Golden Gate Ave., Rm. 05-0153
San Francisco, CA 94102
(408) 535-5525
Fax : (408) 535-5532
Email: trevor.fehr@usdoj.gov

---

| Filing Date | # | Docket Text |
|---|---|---|
| 07/27/2022 | 7<br>(4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 3 Generate 341 Notices). Notice Date 07/27/2022. (Admin.) (Entered: 07/27/2022) |
| 07/27/2022 | 8<br>(2 pgs) | BNC Certificate of Mailing (RE: related document(s) 4 Order to File Missing Documents). Notice Date 07/27/2022. (Admin.) (Entered: 07/27/2022) |
| 07/27/2022 | 9<br>(4 pgs) | BNC Certificate of Mailing (RE: related document(s) 5 Order and Notice of Status Conference Chp 11). Notice Date 07/27/2022. (Admin.) (Entered: 07/27/2022) |
| 07/28/2022 | 10<br>(4 pgs) | BNC Certificate of Mailing - Payment of State and Fed Taxes. (RE: related document(s) 6 Order for Payment of State and Federal Taxes). Notice Date 07/28/2022. (Admin.) (Entered: 07/28/2022) |
| 08/01/2022 | 11 | Memorandum of Points and Authorities in Support of Urgent Motion For |

| | | |
|---|---|---|
| | (16 pgs) | Sequestration and Accounting of Rent and Prohibition Against Disposition and Use of Rent Filed by Creditor Paul Nguyen (no) DEFECTIVE ENTRY: PDF references a document that has not yet been filed. Modified on 8/2/2022 (no). (Entered: 08/01/2022) |
| 08/01/2022 | 12 (89 pgs) | Exhibit to Memorandum of Points and Authorities in Support of Urgent Motion For Sequestration and Accounting of Rent and Prohibition Against Disposition and Use of Rent. (RE: related document(s)11 Memo of Points & Authorities). Filed by Creditor Paul Nguyen (no) (Entered: 08/01/2022) |
| 08/01/2022 | 13 (2 pgs) | Declaration of Paul Nguyen in Support of Urgent Motion For Sequestration and Accounting of Rent and Prohibition Against Disposition and Use of Rent. Filed by Creditor Paul Nguyen (no) DEFECTIVE ENTRY: PDF references a document that has not yet been filed. Modified on 8/2/2022 (no). (Entered: 08/01/2022) |
| 08/01/2022 | 14 (4 pgs) | Notice of Motion Urgent Motion For Sequestration and Accounting of Rent and Prohibition Against Disposition and Use of Rent. Filed by Creditor Paul Nguyen . DEFECTIVE ENTRY: PDF references a document that has not yet been filed. (no) (Entered: 08/01/2022) |
| 08/01/2022 | 15 (5 pgs; 2 docs) | Declaration of Paul Nguyen in Support of Order Shortening Time Re Motion For Sequestration and Accounting of Rent and Prohibition Against Disposition and Use of Rent. With Proposed Order on Application for Order Shortening Time. Filed by Creditor Paul Nguyen(no). DEFECTIVE ENTRY: PDF references a document that has not yet been filed. Modified on 8/2/2022 (no). (Entered: 08/01/2022) |
| 08/01/2022 | 16 (3 pgs) | Certificate of Service (RE: related document(s)11 Memo of Points & Authorities, 12 Exhibit, 13 Declaration, 14 Notice, 15 Declaration). Filed by Creditor Paul Nguyen (no) (Entered: 08/01/2022) |
| 08/01/2022 | 17 (4 pgs) | Notice of Non-Consent To Use Of Cash Collateral with Certificate of Service. Filed by Creditor Paul Nguyen (no) (Entered: 08/01/2022) |
| 08/02/2022 | 18 (12 pgs; 4 docs) | Brief/Memorandum in Opposition to (RE: related document(s)11 Memo of Points & Authorities, 12 Exhibit, 13 Declaration, 14 Notice, 15 Declaration). Filed by Debtor Empire Investments, LLC (Attachments: # 1 Declaration # 2 Exhibit # 3 Certificate of Service) (Nichani, Vinod) (Entered: 08/02/2022) |
| 08/02/2022 | 19 (16 pgs) | Motion To Dismiss Chapter 11 Case, Or, In The Alternative, Order To Turn Over Rent Cash Collateral Filed by Creditor Paul Nguyen (klr) (Entered: 08/02/2022) |
| 08/02/2022 | 20 (36 pgs) | Declaration of Paul Nguyen In Support Of Motion To Dismiss Chapter 11 Case (RE: related document(s)19 Motion to Dismiss Case, Motion for Turnover of Property). Filed by Creditor Paul Nguyen (klr) (Entered: 08/02/2022) |
| 08/02/2022 | 21 (76 pgs) | Request For Judicial Notice In Support of Motion To Dismiss Chapter 11 Case (RE: related document(s)19 Motion to Dismiss Case, Motion for |

| | | |
|---|---|---|
| | | Turnover of Property). Filed by Creditor Paul Nguyen (klr) (Entered: 08/02/2022) |
| 08/02/2022 | [22](#)<br>(12 pgs) | Ex Parte Application For Order Shortening Time For Notice Of Hearing On Motion To Dismiss Chapter 11 Case, Or, In The Alternative, Order To Turn Over Rent Cash Collateral (RE: related document(s)[19](#) Motion to Dismiss Case filed by Creditor Paul Nguyen, Motion for Turnover of Property) . Filed by Creditor Paul Nguyen (klr) (Entered: 08/02/2022) |
| 08/03/2022 | [23](#)<br>(12 pgs; 4 docs) | Brief/Memorandum in Opposition to (RE: related document(s)[22](#) Motion to Shorten Time). Filed by Debtor Empire Investments, LLC (Attachments: # [1](#) Declaration # [2](#) Exhibit # [3](#) Certificate of Service) (Nichani, Vinod) (Entered: 08/03/2022) |
| 08/03/2022 | [24](#)<br>(3 pgs; 2 docs) | Order Not Signed on Application for Order Shortening Time RE Motion for Sequestration and Accounting of Rent and Prohibition Against Disposition and Use of Rent (11 U.S.C.A §§ 363(c), 546(b)). (RE: related document(s)[15](#) Declaration filed by Creditor Paul Nguyen). (al) (Entered: 08/03/2022) |
| 08/04/2022 | [25](#)<br>(4 pgs; 2 docs) | Order Denying Shortening Time For Notice Of Hearing On Motion To Dismiss Chapter 11 Case, Or, In The Alternative, Order To Turn Over Rent Cash Collateral (Related Doc # [22](#)) (al) (Entered: 08/04/2022) |
| 08/04/2022 | [27](#)<br>(2 pgs) | Notice of Hearing on Motion to Dismiss Motion to Dismiss Chapter 11 Case, or, in the Alternative, Order to Turn Over Rent Cash Collateral (RE: related document(s)[19](#) Motion To Dismiss Chapter). **Hearing scheduled for 9/6/2022 at 02:00 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** Filed by Creditor Paul Nguyen (klr) (Entered: 08/05/2022) |
| 08/04/2022 | [28](#)<br>(1 pg) | Certificate of Service (RE: related document(s)[19](#) Motion to Dismiss Case, Motion for Turnover of Property, [20](#) Declaration, [21](#) Request To Take Judicial Notice, [27](#) Notice of Hearing). Filed by Creditor Paul Nguyen (klr) (Entered: 08/05/2022) |
| 08/04/2022 | [29](#)<br>(16 pgs) | Motion for Sequestration and Accounting of Rent and Prohibition and Use of Rent Filed by Creditor Paul Nguyen. NOTE: Hearing location on the PDF page #1 does not correspond to information entered on the docket. (klr) (Entered: 08/05/2022) |
| 08/04/2022 | [30](#)<br>(2 pgs) | Notice of Hearing on Motion for Sequestration and Accounting of Rent and Prohibition and Use of Rent (RE: related document(s)[29](#) Motion for Sequestration). **Hearing scheduled for 9/6/2022 at 02:00 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** Filed by Creditor Paul Nguyen (klr) (Entered: 08/05/2022) |
| 08/05/2022 | [26](#)<br>(1 pg) | Notice of Appearance and Request for Notice by Trevor Ross Fehr. Filed by U.S. Trustee Office of the U.S. Trustee / SJ (Fehr, Trevor) (Entered: 08/05/2022) |
| 08/05/2022 | [31](#)<br>(1 pg) | Certificate of Service (RE: related document(s)[29](#) Motion Miscellaneous Relief, [30](#) Notice of Hearing). Filed by Debtor Empire Investments, LLC. |

| Date | Doc | Description |
|---|---|---|
| | | DEFECTIVE ENTRY: PDF references a document that has not yet been filed/entered. (klr) (Entered: 08/05/2022) |
| 08/05/2022 | [32](#)<br>(1 pg) | Certificate of Service (RE: related document(s)[29](#) Motion Miscellaneous Relief, [30](#) Notice of Hearing). Filed by Creditor Paul Nguyen. DEFECTIVE ENTRY: PDF references a document that has not yet been filed/entered (klr) (Entered: 08/05/2022) |
| 08/05/2022 | [33](#)<br>(1 pg) | Certificate of Service (RE: related document(s)[19](#) Motion to Dismiss Case, Motion for Turnover of Property, [20](#) Declaration, [21](#) Request To Take Judicial Notice, [27](#) Notice of Hearing). Filed by Creditor Paul Nguyen (klr) (Entered: 08/05/2022) |
| 08/05/2022 | [34](#)<br>(3 pgs) | BNC Certificate of Mailing (RE: related document(s) [24](#) Order). Notice Date 08/05/2022. (Admin.) (Entered: 08/05/2022) |
| 08/06/2022 | [35](#)<br>(4 pgs) | BNC Certificate of Mailing (RE: related document(s) [25](#) Order on Motion to Shorten Time). Notice Date 08/06/2022. (Admin.) (Entered: 08/06/2022) |
| 08/08/2022 | [36](#)<br>(21 pgs) | Declaration Under Penalty of Perjury for Non-Individual Debtors , Summary of Assets and Liabilities for Non-Individual , Schedule A/B: Property - for Non-Individual , Schedule D for Non-Individual Creditors Having Claims Secured by Property , Schedule E/F : Creditors Who Have Unsecured Claims for Non-Individual , Schedule G: for Non-Individual , Schedule H: for Non-Individual , Statement of Financial Affairs for Non-Individual , List of Equity Security Holders (RE: related document(s)[1](#) Voluntary Petition (Chapter 11)). Filed by Debtor Empire Investments, LLC (Nichani, Vinod) (Entered: 08/08/2022) |
| 08/08/2022 | [37](#)<br>(1 pg) | Disclosure of Compensation of Attorney for Debtor Filed by Debtor Empire Investments, LLC (Nichani, Vinod) (Entered: 08/08/2022) |
| 08/09/2022 | [38](#)<br>(20 pgs; 2 docs) | Motion for Relief from Stay Fee Amount $188, Filed by Creditor Paul Nguyen (Attachments: # [1](#) RS Cover Sheet) (no) (Entered: 08/10/2022) |
| 08/09/2022 | [39](#)<br>(76 pgs) | Request To Take Judicial Notice In Support Of Motion For Relief From Automatic Stay (RE: related document(s)[38](#) Motion for Relief From Stay). Filed by Creditor Paul Nguyen (no) (Entered: 08/10/2022) |
| 08/09/2022 | [40](#)<br>(2 pgs) | Notice of Motion For Relief From Automatic Stay (RE: related document(s)[38](#) Motion for Relief from Stay Fee Amount $188, Filed by Creditor Paul Nguyen (Attachments: # 1 RS Cover Sheet) (no)). **Hearing scheduled for 9/6/2022 at 10:00 AM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** Filed by Creditor Paul Nguyen (no) (Entered: 08/10/2022) |
| 08/09/2022 | [41](#)<br>(1 pg) | Certificate of Service (RE: related document(s)[38](#) Motion for Relief From Stay, [39](#) Request To Take Judicial Notice, [40](#) Notice of Hearing). Note: PDF references a document that has not yet been filed. Filed by Creditor Paul Nguyen (no) (Entered: 08/10/2022) |
| 08/09/2022 | [42](#)<br>(38 pgs) | Declaration of Paul Nguyen In Support Of Motion To Dismiss Chapter 11 Case (RE: related document(s)[19](#) Motion to Dismiss Case, Motion for |

| Date | Doc | Description |
|------|-----|-------------|
| | | Turnover of Property). Filed by Creditor Paul Nguyen (no) (Entered: 08/10/2022) |
| 08/10/2022 | | Receipt Number 27180ONP, Fee Amount $188.00 (RE: related document(s)38 Motion for Relief from Stay Fee Amount $188,). (jf) (Entered: 08/10/2022) |
| 08/10/2022 | 43 (38 pgs) | Declaration Of Paul Nguyen In Support of Motion For Relief From Automatic Stay (RE: related document(s)38 Motion for Relief From Stay). Filed by Creditor Paul Nguyen (no) (Entered: 08/10/2022) |
| 08/21/2022 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued . *Debtor did not appear*. 341(a) meeting to be held on 8/31/2022 at 02:00 PM Tele/Videoconference - www.canb.uscourts.gov/calendars (Fehr, Trevor) (Entered: 08/21/2022) |
| 08/23/2022 | 44 (16 pgs; 4 docs) | Application to Employ Vinod Nichani as Debtor Counsel Filed by Debtor Empire Investments, LLC (Attachments: # 1 Declaration # 2 Certificate of Service # 3 Mailing Matrix) (Nichani, Vinod) (Entered: 08/23/2022) |
| 08/23/2022 | 45 (17 pgs) | Brief/Memorandum in Opposition to (RE: related document(s)38 Motion for Relief From Stay). Filed by Debtor Empire Investments, LLC (Nichani, Vinod) (Entered: 08/23/2022) |
| 08/23/2022 | 46 (13 pgs) | Brief/Memorandum in Opposition to (RE: related document(s)19 Motion to Dismiss Case, Motion for Turnover of Property). Filed by Debtor Empire Investments, LLC (Nichani, Vinod) (Entered: 08/23/2022) |
| 08/23/2022 | 47 (17 pgs) | Brief/Memorandum in Opposition to (RE: related document(s)29 Motion Miscellaneous Relief). Filed by Debtor Empire Investments, LLC (Nichani, Vinod) (Entered: 08/23/2022) |
| 08/23/2022 | 48 (20 pgs) | Declaration of Teri Ha Nguyen (RE: related document(s)45 Opposition Brief/Memorandum, 46 Opposition Brief/Memorandum, 47 Opposition Brief/Memorandum). Filed by Debtor Empire Investments, LLC (Nichani, Vinod) (Entered: 08/23/2022) |
| 08/23/2022 | 49 (2 pgs) | Declaration of Vince Nguyen (RE: related document(s)45 Opposition Brief/Memorandum, 46 Opposition Brief/Memorandum, 47 Opposition Brief/Memorandum). Filed by Debtor Empire Investments, LLC (Nichani, Vinod) (Entered: 08/23/2022) |
| 08/23/2022 | 50 (199 pgs) | Document: *Debtor's Consolidated Request for Judicial Notice in Support of Oppositions to Paul Nguyen's Motion for Sequestration; Motion to Dismiss; Motion for Relief From Stay*. (RE: related document(s)45 Opposition Brief/Memorandum, 46 Opposition Brief/Memorandum, 47 Opposition Brief/Memorandum). Filed by Debtor Empire Investments, LLC (Nichani, Vinod) DEFECTIVE ENTRY: Incorrect event code selected. Modified on 8/24/2022 (lj). (Entered: 08/23/2022) |
| 08/23/2022 | 51 (2 pgs) | Certificate of Service (RE: related document(s)45 Opposition Brief/Memorandum, 47 Opposition Brief/Memorandum, 48 Declaration, 49 Declaration, 50 Document). Filed by Debtor Empire Investments, LLC (Nichani, Vinod) (Entered: 08/23/2022) |

| | | |
|---|---|---|
| 08/25/2022 | **52**<br>(7 pgs; 2 docs) | Status Conference Statement (RE: related document(s)5 Order and Notice of Status Conference Chp 11). Filed by Debtor Empire Investments, LLC (Attachments: # 1 Certificate of Service) (Nichani, Vinod) (Entered: 08/25/2022) |
| 08/25/2022 | **53**<br>(18 pgs) | Secured Creditor Chapter 11 Status Conference Statement with Certificate of Service (RE: related document(s)5 Order and Notice of Status Conference Chp 11). Filed by Creditor Paul Nguyen (klr) CORRECTIVE ENTRY: Clerk modified docket text. Modified on 8/26/2022 (rs). (Entered: 08/26/2022) |
| 08/30/2022 | | Hearing Continued for the Relief from Stay to be heard on the 2:00 p.m. calendar concurrently with the motions (RE: related document(s) 38 Motion for Relief from Stay Fee Amount $188,). **Hearing scheduled for 09/06/2022 at 02:00 PM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** (al) (Entered: 08/30/2022) |
| 08/30/2022 | **54**<br>(7 pgs) | Secured Creditor Reply to Debtor's Opposition to Motion for Relief from Automatic Stay with Certificate of Service (RE: related document(s)38 Motion for Relief From Stay, 45 Opposition Brief/Memorandum). Filed by Creditor Paul Nguyen (klr) (Entered: 08/30/2022) |
| 08/30/2022 | **55**<br>(7 pgs) | Secured Creditor Reply to Debtor's Opposition to Motion to Dismiss with Certificate of Service (RE: related document(s)19 Motion to Dismiss Case, 46 Opposition Brief/Memorandum). Filed by Creditor Paul Nguyen (klr) (Entered: 08/30/2022) |
| 08/30/2022 | **56**<br>(7 pgs) | Secured Creditor Reply to Debtor's Opposition to Motion to Sequestration of Rent with Certificate of Service (RE: related document(s)29 Motion Miscellaneous Relief, 47 Opposition Brief/Memorandum). Filed by Creditor Paul Nguyen (klr) (Entered: 08/30/2022) |
| 08/30/2022 | **57**<br>(109 pgs) | Secured Creditor Consolidated Request for judicial Notice in Support of Reply to (1)Motion for Relief from Automatic Stay, (2)Motion to Dismiss Chapter 11 case and (2)Motion to Turn-Over cash Collateral (RE: related document(s)54 Reply, Certificate of Service, 55 Reply, Certificate of Service, 56 Reply, Certificate of Service). Filed by Creditor Paul Nguyen (klr) (Entered: 08/30/2022) |
| 08/30/2022 | **58**<br>(5 pgs) | Amended Voluntary Petition (Title of Authorized Representative and Estimated Liabilities). Filed by Debtor Empire Investments, LLC (Nichani, Vinod) (Entered: 08/30/2022) |
| 08/30/2022 | **59**<br>(19 pgs; 3 docs) | Schedule A/B: Property - for Non-Individual , Schedule E/F : Creditors Who Have Unsecured Claims for Non-Individual , Schedule G: for Non-Individual , Summary of Assets and Liabilities for Non-Individual , Statement of Financial Affairs for Non-Individual Filed by Debtor Empire Investments, LLC (Attachments: # 1 Cover Sheet # 2 Amended Creditor Matrix) (Nichani, Vinod) (Entered: 08/30/2022) |
| 08/31/2022 | **60**<br>(2 pgs) | Order RE: Debtor's Application for Order Authorizing Employment of Counsel for Debtor in Possession (Related Doc # 44) (al) (Entered: 08/31/2022) |

| | | |
|---|---|---|
| 09/01/2022 | | Meeting of Creditors Held and Concluded. *Debtor appeared with Counsel*. (Fehr, Trevor) (Entered: 09/01/2022) |
| 09/01/2022 | 61<br>(16 pgs; 4 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 07/31/2022 Filed by Debtor Empire Investments, LLC (Attachments: # 1 Exhibit # 2 Exhibit # 3 Certificate of Service) (Nichani, Vinod) (Entered: 09/01/2022) |
| 09/01/2022 | | Hearing Continued (RE: related document(s) 5 Order and Notice of Status Conference Chp 11). **Hearing scheduled for 10/06/2022 at 11:00 AM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** Vinod Nichani appearing on behalf of the Debtor and Paul Nguyen, pro se Creditor. Debtor shall file amended Schedules D & H and Statement of Financial Affairs and an Application to Designate Responsible Individual with a copy of the LLC agreement by September 15, 2022. (al) (Entered: 09/01/2022) |
| 09/02/2022 | | Fee Due Amended Creditor Matrix (Fee) $ 32 (RE: related document(s)59 Schedule A/B, Schedule E/F, Schedule G, Summary of Assets and Liabilities, Statement of Financial Affairs). (jmb) (Entered: 09/02/2022) |
| 09/02/2022 | 62<br>(2 pgs; 2 docs) | Order and Notice Regarding Failure to Pay Filing Fee (RE: related document(s)59 Schedule A/B filed by Debtor Empire Investments, LLC, Schedule E/F, Schedule G, Summary of Assets and Liabilities, Statement of Financial Affairs). Non-Compliance (Payments) due by 9/16/2022. (jmb) (Entered: 09/02/2022) |
| 09/04/2022 | | Receipt of filing fee for Amended Creditor Matrix (Fee)( 22-50645) ( 32.00). Receipt number A32119545, amount $ 32.00 (re: Doc# 59 Schedule A/B) (U.S. Treasury) (Entered: 09/04/2022) |
| 09/04/2022 | 63<br>(2 pgs) | BNC Certificate of Mailing - Fail to Pay Filing Fees. (RE: related document(s) 62 Order to Pay Filing Fee). Notice Date 09/04/2022. (Admin.) (Entered: 09/04/2022) |
| 09/06/2022 | 64<br>(125 pgs) | Supplemental Exhibit As Ordered By The Court In Support Of Motion To Dismiss Chapter 11 Case. Declaration Of Paul Nguyen (RE: related document(s)19 Motion to Dismiss Case, Motion for Turnover of Property). Filed by Creditor Paul Nguyen (klr) (Entered: 09/06/2022) |
| 09/06/2022 | | Hearing Held (RE: related document(s) 19 Motion to Dismiss Case). Vinod Nichani appearing on behalf of the Debtor and Paul Nguyen, secured creditor appearing on his own behalf. Mr. Nguyen to file by September 23, 2022 (1) The Tentative Ruling referenced in the Order Sustaining Defendant Paul Nguyen's Demurrer to Verified Second Amended Complaint, p. 2:6, in Exhibit 1 of Paul's Request for Judicial Notice in Support of Motion to Dismiss (Doc #21); (2) The Verified First Amended Complaint filed on July 6, 2022 by Teri Nguyen et al in Case #22CV398824 pending in Santa Clara Superior Court. Debtor to file the most reent title report for the real property located at 12329 Kosich Place, Saratoga, CA., by September 23, 2022. Thereafter, matter is taken under submission. (al) (Entered: 09/07/2022) |

| 09/06/2022 | | Hearing Held (RE: related document(s) 29 Motion). Vinod Nichani appearing on behalf of the Debtor and Paul Nguyen, secured creditor appearing on his own behalf. Matter is taken under submission. (al) (Entered: 09/07/2022) |
|---|---|---|
| 09/06/2022 | | Hearing Held (RE: related document(s) 38 Motion for Relief from Stay Fee Amount $188,). Vinod Nichani appearing on behalf of the Debtor and Paul Nguyen, secured creditor appearing on his own behalf. Motion is granted as to the litigation proceedings for State Court including the waiver of the 14 day stay. Movant to upload an order. (al) (Entered: 09/07/2022) |
| 09/07/2022 | 65 (4 pgs; 2 docs) | Order Granting Motion for Relief From Automatic Stay (Related Doc # 38) (al) (Entered: 09/07/2022) |
| 09/09/2022 | 66 (4 pgs) | BNC Certificate of Mailing (RE: related document(s) 65 Order on Motion for Relief From Stay). Notice Date 09/09/2022. (Admin.) (Entered: 09/09/2022) |
| 09/14/2022 | 67 (2 pgs) | Transcript Order Form regarding Hearing Date 9/6/2022 (RE: related document(s)38 Motion for Relief From Stay). (klr) (Entered: 09/14/2022) |
| 09/14/2022 | | Transcript Record Transmittal (Court transcript records have been uploaded) for Order Number: 22-50645-67 Regarding Hearing Date: 9/6/2022. Transcription Service Provider: e-Scribers, Contact Information: operations@escribers.net (RE: related document(s)67 Transcript Order Form (Public Request)). (klr) (Entered: 09/14/2022) |
| 09/14/2022 | 68 (1 pg) | Audio CD Request of Motion Relief from Stay. Hearing Date and Time: 9/6/2022 02:00 Fee Amount $0.00 Filed by Creditor Paul Nguyen (klr) (Entered: 09/14/2022) |
| 09/14/2022 | 69 (1 pg) | Withdrawal of Audio CD Request by Paul Nguyen (RE: related document(s)68 Audio CD Request). Filed by Creditor Paul Nguyen (klr) (Entered: 09/15/2022) |
| 09/15/2022 | 70 (15 pgs; 2 docs) | Amended Schedule D for Non-Individual Creditors Having Claims Secured by Property *(Amended)*, Amended Schedule H: for Non-Individual *Amended*, First Amended Statement of Financial Affairs for Non-Individual Filed by Debtor Empire Investments, LLC (Attachments: # 1 Amended Creditor Matrix) (Nichani, Vinod) DEFECTIVE ENTRY: Party filer to pay required fee. Modified on 9/16/2022 (ckk). (Entered: 09/15/2022) |
| 09/15/2022 | 71 (21 pgs) | Application to Designate Teri Nguyen as Responsible Individual Filed by Debtor Empire Investments, LLC (Nichani, Vinod) (Entered: 09/15/2022) |
| 09/15/2022 | 72 (2 pgs; 2 docs) | Order and Notice Regarding Failure to Pay Filing Fee (RE: related document(s)70 Schedule D filed by Debtor Empire Investments, LLC, Schedule H, Statement of Financial Affairs). Non-Compliance (Payments) due by 9/30/2022. (ckk) (Entered: 09/16/2022) |
| 09/16/2022 | | Fee Due Amended Schedules (D, E, and F - Fee Required) $ 32 (RE: related document(s) 70 Schedule D, Schedule H, Statement of Financial |

| | | |
|---|---|---|
| | | Affairs). (ckk) (Entered: 09/16/2022) |
| 09/16/2022 | | Receipt of filing fee for Amended Schedules (D, E, and F - Fee Required) ( 22-50645 ) ( 32.00). Receipt number A32140376, amount $ 32.00 (re: Doc# 70 Schedule D) (U.S. Treasury) (Entered: 09/16/2022) |
| 09/18/2022 | 73 (2 pgs) | BNC Certificate of Mailing - Fail to Pay Filing Fees. (RE: related document(s) 72 Order to Pay Filing Fee). Notice Date 09/18/2022. (Admin.) (Entered: 09/18/2022) |
| 09/20/2022 | 74 (2 pgs) | Notice Regarding *Non-Availability of Counsel* Filed by Debtor Empire Investments, LLC (Nichani, Vinod) (Entered: 09/20/2022) |
| 09/20/2022 | 75 (2 pgs) | Notice of Appeal and Statement of Election , Fee Amount $ 298. (RE: related document(s)65 Order on Motion for Relief From Stay). Appellant Designation due by 10/6/2022. Statement of Issues due by 10/6/2022. Service of Notice of Referral due by 9/27/2022. Transmission of Record on Appeal to BAP due by 10/24/2022. Filed by Creditor Paul Nguyen. NOTE:Party filer to pay required fee due. (klr) (Entered: 09/20/2022) |
| 09/20/2022 | 77 (9 pgs) | Secured Creditor Requests Further Order From The Court Pursuant To Court Order (ECF Doc. No. 65) With Certificate of Service . (RE: related document(s)65 Order on Motion for Relief From Stay). Filed by Creditor Paul Nguyen (klr) (Entered: 09/21/2022) |
| 09/21/2022 | | Hearing Set On Oral Ruling (RE: related document(s)19 Motion to Dismiss Case, **Hearing scheduled for 9/22/2022 at 11:30 AM in/via Tele/Videoconference - www.canb.uscourts.gov/calendars.** (al) (Entered: 09/21/2022) |
| 09/21/2022 | 76 (25 pgs) | Document: *Preliminary Title Report*. (RE: related document(s) Hearing Held (Bk)). Filed by Debtor Empire Investments, LLC (Nichani, Vinod) (Entered: 09/21/2022) |
| 09/21/2022 | 78 (2 pgs; 2 docs) | Service of Notice of Referral to Vinod Michani: Attorney for Appellee(s), Paul Nguyen: Appellant(s), and United States Trustee via the Bankruptcy Noticing Center. (RE: related document(s)75 Notice of Appeal and Statement of Election). (pw) (Entered: 09/21/2022) |
| 09/21/2022 | 79 (3 pgs; 2 docs) | Service of Notice of Appeal to Vinod Michani: Attorney for Appellee(s) Paul Nguyen: Appellant(s), and United States Trustee via the Bankruptcy Noticing Center. (RE: related document(s)75 Notice of Appeal and Statement of Election). (pw) (Entered: 09/21/2022) |
| 09/21/2022 | 80 (2 pgs; 2 docs) | Letter Regarding Filing Fee for Notice of Appeal and Statement of Election (RE: related document(s)75 Notice of Appeal and Statement of Election). NOTE:Please disregard this letter and see document #81. The BNC notice was stopped. (klr) (Entered: 09/21/2022) |
| 09/21/2022 | 81 (2 pgs; 2 docs) | Deficiency Letter Regarding Notice of Appeal and Statement of Election (RE: related document(s)75 Notice of Appeal and Statement of Election). (klr) (Entered: 09/21/2022) |
| 09/21/2022 | 82 | Brief/Memorandum in Opposition to *Request for Further Order Based on* |

| | | |
|---|---|---|
| | (131 pgs; 3 docs) | *Void State Judgment* (RE: related document(s)77 Document). Filed by Debtor Empire Investments, LLC (Attachments: # 1 Request for Judicial Notice # 2 Certificate of Service) (Nichani, Vinod) (Entered: 09/21/2022) |
| 09/22/2022 | | Hearing Held (RE: related document(s) 19 Motion to Dismiss Case). Vinod Nichani appearing on behalf of the Debtor and Paul Nguyen, secured creditor appearing on his own behalf. Motion is granted without a bar to refiling. Court to prepare an order. (al) (Entered: 09/22/2022) |
| 09/22/2022 | 83 (26 pgs) | Emergency Request For Court Order Of Dismissal For Cause With Finding Of Facts . Filed by Creditor Paul Nguyen (klr) (Entered: 09/22/2022) |
| 09/22/2022 | 84 (5 pgs; 4 docs) | Order Granting Motion to Dismiss Chapter 11 Case Related Doc # 19), (al) (Entered: 09/22/2022) |
| 09/22/2022 | 85 (4 pgs; 2 docs) | Order Denying Motion to Modify Relief from Stay Order (RE: related document(s)77 Document filed by Creditor Paul Nguyen, Interested Party Paul Nguyen). (al) (Entered: 09/22/2022) |
| 09/22/2022 | 86 (3 pgs; 2 docs) | Order Not Signed Regarding Application to Approve Designation of Responsible Individual Pursuant to B.L.R. 4002-1 (Related Doc # 71) (al) (Entered: 09/23/2022) |
| 09/23/2022 | 87 (3 pgs; 2 docs) | Order Denying Motion for Sequestration and Accounting of Rent (Related Doc # 29) (al) (Entered: 09/23/2022) |
| 09/23/2022 | 88 (2 pgs) | BNC Certificate of Mailing (RE: related document(s) 78 Service of Notice of Referral). Notice Date 09/23/2022. (Admin.) (Entered: 09/23/2022) |
| 09/23/2022 | 89 (2 pgs) | BNC Certificate of Mailing (RE: related document(s) 80 Notice). Notice Date 09/23/2022. (Admin.) (Entered: 09/23/2022) |
| 09/23/2022 | 90 (2 pgs) | BNC Certificate of Mailing (RE: related document(s) 81 Notice). Notice Date 09/23/2022. (Admin.) (Entered: 09/23/2022) |
| 09/23/2022 | 91 (3 pgs) | BNC Certificate of Mailing (RE: related document(s) 79 Service of Notice of Appeal). Notice Date 09/23/2022. (Admin.) (Entered: 09/23/2022) |

**PACER Service Center**

**Transaction Receipt**

09/24/2022 13:53:52

| PACER Login: | mnapaul1 | Client Code: | |
|---|---|---|---|
| Description: | Docket | Search | 22-50645 Fil or Ent: filed From: |

|  | Report | **Criteria:** | 7/26/2022 To: 9/26/2022 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 9 | **Cost:** | 0.90 |