

The following constitutes the order of the Court.
Signed: September 27, 2022

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

TERI NGUYEN,

               Debtor.

Case No. 22-50853 MEH
Chapter 13

ORDER SHORTENING TIME

Date: 10/03/22
Time: 1:30 p.m.
Ctrm: 11

    Good cause appearing, it is

    ORDERED that creditor Paul Nguyen's ("Creditor Nguyen") application to shorten time is approved as to the Motion Confirming No Stay as to Real Property 12329 Kosich Pl or, Alternatively, for Relief from Automatic Stay ("Motion for Relief from Stay") [Dkt. #10] which will be heard on October 3, 2022 at 1:30 p.m. at the United States Bankruptcy Court, 280 South First Street, San Jose, California, in Courtroom 11. Counsel, parties, and other interested parties may attend the hearing in person or by Zoom. Additional information is available on Judge Hammond's Procedures page on the court's website. Information on attending the hearing by Zoom will be provided on Judge Hammond's calendar, posted no later than seven (7) days prior to the hearing date.

    IT IS FURTHER ORDERED that Creditor Nguyen shall provide service by email to debtor's counsel, and any creditors with a security interest in the Saratoga property no later

than 4:00 p.m. on September 27, 2022.  Creditor Nguyen shall directly email counsel and secured creditors; ECF service based on entry of this order is not sufficient.

       IT IS FURTHER ORDERED that any opposition to the Motion for Relief from Stay must be filed with the court by 4:00 p.m. on September 30, 2022.

       IT IS FURTHER ORDERED that Creditor Nguyen's request to have the Motion to Dismiss Chapter 13 With Prejudice [Dkt. #8] heard on shortened time will be considered at the October 3, 2022 hearing.

**END OF ORDER**

**COURT SERVICE LIST**

ECF Participants